IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA CURRY and RHIANNON
MONTOYA,

      Plaintiffs,

  vs.                                          Civ. No. 20-116 RB/SCY

Officer MALCOLM J.
GONZALES, Officer JOSEPH J.
MARTINEZ, Officer J.P.
VALDEZ, Warden MARIANNA
VIGIL, and Captain ROBERT
GONZALES, in their individual
capacities,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN**

      At the Rule 16 scheduling conference held on June 30, 2020 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 29), filed on June 19, 2020 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_(signature)_
UNITED STATES MAGISTRATE JUDGE