IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LISA CURRY and**
**RHIANNON MONTOYA**

   **Plaintiffs,**

v.                   No. 1:20-CV-00116 RB/SCY

**OFFICE MALCOLM L. GONZALES,**
**OFFICER JOSEPH J. MARTINEZ,**
**OFFICER J.P. VALDEZ,**
**WARDEN MARIANNA VIGIL,**
**And CAPTAIN ROBERT GONZALES,**
In Their Individual Capacities,

   **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF CLAIMS BROUGHT BY RHIANNON MONTOYA

  Plaintiff Rhiannon Montoya by and through her attorneys Erlinda O. Johnson and Justine Fox-Young hereby files this Stipulation of Dismissal of all of her remaining claims brought against Defendants Malcom J. Gonzales, J.P. Valdez, Marianna Vigil, and Robert Gonzales, pursuant to Rule 41(a)(1)(A)(ii) FRCP.  This Stipulation is not intended to and does not dismiss the claims brought by Plaintiff Lisa Curry. This Stipulation of Dismissal with Prejudice is signed by all parties who have appeared generally in the action.

                Respectfully Submitted,

                */s/ Erlinda O Johnson*
                Erlinda O Johnson
                Law Office of Erlinda Ocampo Johnson, LLC
                620 Roma Ave. N.W.
                Albuquerque, NM 87102
                Phone: 505-792-4048
                erlinda@erlindajohnsonlaw.com

                */s/ Justine Fox-Young*
                Justine Fox-Young
                201 12th St. NW
                Albuquerque, NM 87102

Phone: 505-796-8268
justine@foxyounglaw.com
*Attorneys for Plaintiff*

**APPROVED BY:**

Henry F. Narvaez
Narvaez Law Firm, P.A.
P.O. Box 25967
Albuquerque, New Mexico 87125-0967
Phone: (505) 248-0500
hnarvaez@narvaezlawfirm.com
*Attorney for Defendant JP Valdez*

Bryan Evans
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
400 N. Pennsylvania Ave
Suite 1100
Roswell NM 88201
Phone: 575-622- 6221
bevans@atwoodmalone.com
*Attorney for Captain Robert Gonzales*

CaraLyn Banks
Kemp Smith LLP
3800 E. Lohman, Suite C
Las Cruces, NM 88011
Phone: 575-527-0023
Caralyn.banks@kempsmith.com
*Attorney for Joseph J. Martinez*

Douglas E. Gardner, Esq.
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, NM 87102
Phone: 505-242-2228
douglas@roblesrael.com
*Attorney for Defendant Malcolm Gonzales*

Michelle Lalley Blake
Allen Law Firm, LLC
6121 Indian School Rd. NE, Suite 230
Albuquerque, NM 87110
Phone: 505-298-9400
 mblake@mallen-law.com
*Attorneys for Defendant Warden Vigil*

Phone: 505-796-8268
justine@foxyounglaw.com
*Attorneys for Plaintiff*

**APPROVED BY:**

Henry F. Narvaez
Narvaez Law Firm, P.A.
P.O. Box 25967
Albuquerque, New Mexico 87125-0967
Phone: (505) 248-0500
hnarvaez@narvaezlawfirm.com
*Attorney for Defendant JP Valdez*

Bryan Evans
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
400 N. Pennsylvania Ave
Suite 1100
Roswell NM 88201
Phone: 575-622- 6221
bevans@atwoodmalone.com
*Attorney for Captain Robert Gonzales*

CaraLyn Banks
Kemp Smith LLP
3800 E. Lohman, Suite C
Las Cruces, NM 88011
Phone: 575-527-0023
Caralyn.banks@kempsmith.com
*Attorney for Joseph J. Martinez*

Douglas E. Gardner, Esq.
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, NM 87102
Phone: 505-242-2228
douglas@roblesrael.com
*Attorney for Defendant Malcolm Gonzales*

Michelle Lalley Blake
Allen Law Firm, LLC
6121 Indian School Rd. NE, Suite 230
Albuquerque, NM 87110
Phone: 505-298-9400
 mblake@mallen-law.com
*Attorneys for Defendant Warden Vigil*

*/s/ Erlinda O. Johnson*
**Erlinda O. Johnson, Esq.**